**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MICHAEL McCOY**                                                                               **PLAINTIFF**

**V.**                               **CIVIL ACTION NO.1:06CV004 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**            **DEFENDANT**

### ORDER DENYING DEFENDANT'S MOTION FOR CHANGE OF VENUE

In accordance with the memorandum opinion I have this day signed, it is hereby

**ORDERED**

That the motion [27] of State Farm Fire and Casualty Company for a change of venue is **DENIED**.

**SO ORDERED** this 10th day of May, 2007.

                                                  s/ <u>L. T. Senter, Jr.</u>
                                                  L. T. SENTER, JR.
                                                SENIOR JUDGE